JOHN G. BERNER, Respondent, *v.* THE COLLIER COMPANY, Appellant. (Action No. 2.)

First Department, October 26, 1917.

See head note in *Berner* v. *Collier Co., No. 1* (*ante,* p. 732).

APPEAL by the defendant, The Collier Company, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 8th day of September, 1917, denying its motion to vacate a judgment and to enjoin the sale under execution thereon of certain personal property.

*Charles M. Travis,* for the appellant.

*Clarence McMillan,* for the respondent.

DOWLING, J.:

For the reasons assigned in the opinion in *Berner* v. *Collier Co., No. 1* (179 App. Div. 732), the order appealed from will be reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs.

CLARKE, P. J., SCOTT, SMITH and PAGE, JJ., concurred.

Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.